**ATTORNEY DEBT RESET, INC.**
Jeremy G. Winter, SBN 245631
Robert S. Gimblin, SBN 272044
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BARNEY VICTOR ROSS,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>TOTAL CARD, INC.,<br><br>　　　　　Defendant(s). | Case No. 2:11-cv-01429-WBS-CKD<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Judge: **WILLIAM B. SHUBB** |

## NOTICE OF SETTLEMENT

Plaintiff BARNEY VICTOR ROSS and Defendant TOTAL CARD, INC. (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reached settlement of the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

////

////

　　　**Respectfully Submitted,**

Dated:  AUGUST 3, 2011 **Attorney Debt Reset**
Jeremy Gordon Winter
Robert Steven Gimblin, II


By:  /s/ Robert Steven Gimblin, II
Robert Steven Gimblin, II
Attorney for Plaintiff
BARNEY VICTOR ROSS


Dated:  AUGUST 3, 2011 David I. Dalby
**Hinshaw & Culbertson LLP**


By:  /s/ David I. Dalby
David I. Dalby
Attorney for Defendant
TOTAL CARD, INC


## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

August 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE